# EXHIBIT A

**Invoice Itemization for Amounts Owed by Defendant**

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Retina Institute of California**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 1734161 | 4248753 | 1/19/2023 | 2/18/2023 | $ 1,676.16 | $ 1,676.16 |
| 1734161 | 4248754 | 1/19/2023 | 2/18/2023 | $ 1,676.16 | $ 1,676.16 |
| 1734161 | 4248757 | 1/19/2023 | 2/18/2023 | $ 1,676.16 | $ 1,676.16 |
| 1734161 | 4248758 | 1/19/2023 | 2/18/2023 | $ 1,676.16 | $ 1,676.16 |
| 1734161 | 4248762 | 1/19/2023 | 2/18/2023 | $ 3,352.32 | $ 3,352.32 |
| 1734161 | 4248765 | 1/19/2023 | 2/18/2023 | $ 1,676.16 | $ 1,676.16 |
| 1734161 | 4248773 | 1/19/2023 | 2/18/2023 | $ 5,028.48 | $ 5,028.48 |
| 1734161 | 4248778 | 1/19/2023 | 2/18/2023 | $ 1,676.16 | $ 1,676.16 |
| 1734161 | 4248788 | 1/19/2023 | 2/18/2023 | $ 838.08 | $ 838.08 |
| 1734161 | 4248828 | 1/19/2023 | 2/18/2023 | $ 2,514.24 | $ 2,514.24 |
| 1734161 | 4248829 | 1/19/2023 | 2/18/2023 | $ 838.08 | $ 838.08 |
| 1734161 | 4251533 | 1/23/2023 | 2/22/2023 | $ 838.08 | $ 838.08 |
| 1734161 | 4251534 | 1/23/2023 | 2/22/2023 | $ 838.08 | $ 838.08 |
| 1734161 | 4252403 | 1/24/2023 | 2/23/2023 | $ 3,352.32 | $ 3,352.32 |
| 1734161 | 4252405 | 1/24/2023 | 2/23/2023 | $ 1,676.16 | $ 1,676.16 |
| 1734161 | 4265162 | 2/6/2023 | 3/8/2023 | $ 3,352.32 | $ 3,352.32 |
| 1734161 | 4265163 | 2/6/2023 | 3/8/2023 | $ 2,514.24 | $ 2,514.24 |
| 1734161 | 4265164 | 2/6/2023 | 3/8/2023 | $ 1,676.16 | $ 1,676.16 |
| 1734161 | 4265171 | 2/6/2023 | 3/8/2023 | $ 1,676.16 | $ 1,676.16 |
| 1734161 | 4265174 | 2/6/2023 | 3/8/2023 | $ 1,676.16 | $ 1,676.16 |
| 1734161 | 4265181 | 2/6/2023 | 3/8/2023 | $ 838.08 | $ 838.08 |
| 1734161 | 4265187 | 2/6/2023 | 3/8/2023 | $ 2,514.24 | $ 2,514.24 |
| 1734161 | 4265188 | 2/6/2023 | 3/8/2023 | $ 1,676.16 | $ 1,676.16 |
| 1734161 | 4265189 | 2/6/2023 | 3/8/2023 | $ 3,352.32 | $ 3,352.32 |
| 1734161 | 4265573 | 2/7/2023 | 3/9/2023 | $ 1,676.16 | $ 1,676.16 |
| 1734161 | 4265575 | 2/7/2023 | 3/9/2023 | $ 2,514.24 | $ 2,514.24 |
| 1734161 | 4265588 | 2/7/2023 | 3/9/2023 | $ 838.08 | $ 838.08 |
| 1734161 | 4266736 | 2/8/2023 | 3/10/2023 | $ 2,514.24 | $ 2,514.24 |
| 1734161 | 4270377 | 2/14/2023 | 3/16/2023 | $ 838.08 | $ 838.08 |
| 1734161 | 4272284 | 2/16/2023 | 3/18/2023 | $ 838.08 | $ 838.08 |
| | | | **Totals:** | **$ 57,827.52** | **$ 57,827.52** |